IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TODD L. WRIGHT )
)
v. ) No. 3:05-0969
) JUDGE CAMPBELL
MIDDLE TENNESSEE ELECTRIC )
MEMBERSHIP CORPORATION )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 13) and Plaintiff's Motion for Summary Judgment (Docket No. 17). For the reasons stated in the accompanying Memorandum, Defendant's Motion (Docket No. 13) is DENIED and Plaintiff's Motion (Docket No. 17) is DENIED.

This case remains set for trial on March 20, 2007, with a pretrial conference on March 12, 2007.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE